No. 18-1065

# In the United States Court of Appeals for the First Circuit

_____

IN RE ASACOL ANTITRUST LITIGATION
_____

UNITED FOOD & COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST HEALTH BENEFITS FUND, ET AL.,
*Plaintiffs*,

TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN, ET AL.,
*Plaintiffs-Appellees*,

v.

WARNER CHILCOTT LIMITED, ET AL.,
*Defendants-Appellants*,

ZYDUS PHARMACEUTICALS USA, INC., ET AL.,
*Defendants*.
_____

On Appeal from the United States District Court
for the District of Massachusetts (No. 1:15-cv-12730)
_____

### APPELLEES' MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO APPELLANTS' BILL OF COSTS
_____

Appellees respectfully request a 30-day extension of time within which to file their response to the appellants' bill of costs, from November 12, 2018, to December 12, 2018. There is good cause for this request, as follows:

1

1. On October 15, 2018 the panel in this case issued its opinion and judgment reversing the district court's grant of class certification and remanding for further proceedings.

2. The deadline for filing appellees' petition for rehearing or rehearing en banc was originally October 29, 2018, but by order of this Court was extended to November 13, 2018.

3. On October 29, 2018, pursuant to Federal Rule of Appellate Procedure 39(d)(1), appellants filed their bill of costs. Without an extension, appellees' objections to the bill of costs are currently due on November 12, 2018.

4. Pursuant to Federal Rule of Appellate Procedure 39(d)(2), appellees respectfully request that this Court extend the time for appellees to file their objections to the appellants' bill of costs until after the Court rules on the forthcoming petition for rehearing or rehearing en banc. Appellees herein seek an initial grant of 30 days to file those objections, from November 12, 2018 through to December 12, 2018.

5. Appellants do not oppose the relief requested in this motion.

For the foregoing reasons, the unopposed motion for a 30-day extension of time should be granted through December 12, 2018.

November 8, 2018                         Respectfully submitted,

                                           */s/ Kenneth A. Wexler*
                                           KENNETH A. WEXLER
                                           JUSTIN N. BOLEY
                                           WEXLER WALLACE LLP

55 W. Monroe Street, Suite 3300
Chicago, IL 60603
(312) 346-2222
*kaw@wexlerwallace.com*
*jnb@wexlerwallace.com*

NATHANIEL L. ORENSTEIN
BERMAN TABACCO
1 Liberty Square
Boston, MA 02109
(617) 542-8300
*norenstein@bermantabacco.com*

*Counsel for Plaintiffs-Appellees*

# CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2018, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the First Circuit by using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the appellate CM/ECF system:

| | |
|---|---|
| J. MARK GIDLEY | ROBERT A. MILNE |
| PETER J. CARNEY | JACK E. PACE III |
| DANA FOSTER | BRYAN D. GANT |
| MATTHEW S. LEDDICOTTE | KELLY NEWMAN |
| JACLYN PHILLIPS | WHITE & CASE LLP |
| MAXWELL HYMAN | 1221 Avenue of the Americas |
| WHITE & CASE LLP | New York, NY 10020 |
| 701 Thirteenth Street, NW | (212) 819-8200 |
| Washington, DC 20005 | rmilne@whitecase.com |
| (202) 626-3600 | jpace@whitecase.com |
| mgidley@whitecase.com | bgant@whitecase.com |
| pcarney@whitecase.com | knewman@whitecase.com |
| dfoster@whitecase.com | |
| mleddicotte@whitecase.com | |
| jphillips@whitecase.com | |
| maxwell.hyman@whitecase.com | |

*Counsel for Defendants-Appellants*

/s/ Kenneth A. Wexler
Kenneth A. Wexler