# United States Court of Appeals
## For the First Circuit

No. 18-1065

UNITED FOOD & COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST HEALTH BENEFITS FUND, on behalf of itself and all others similarly situated; MARK ADORNEY

Plaintiffs

TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN, on behalf of itself and all others similarly situated; NECA-IBEW WELFARE TRUST FUND, on behalf of itself and all others similarly situated; WISCONSIN MASONS' HEALTH CARE FUND, on behalf of itself and all others similarly situated; MINNESOTA LABORERS HEALTH AND WELFARE FUND, on behalf of itself and all others similarly situated; AFSCME HEALTH AND WELFARE FUND; PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND; AHOLD U.S.A., INC.; ROCHESTER DRUG CO-OPERATIVE, INC.; VALUE DRUG COMPANY; MEIJER, INC.; MEIJER DISTRIBUTION, INC.

Plaintiffs - Appellees

v.

WARNER CHILCOTT LIMITED; ALLERGAN, INC., f/k/a Actavis, PLC; ALLERGAN USA, INC.; ALLERGAN SALES, LLC; ALLERGAN, PLC, f/k/a Actavis, PLC

Defendants - Appellants

ZYDUS PHARMACEUTICALS USA INC.; CADILA HEALTHCARE LIMITED; WARNER CHILCOTT (US), LLC; WARNER CHILCOTT SALES (US), LLC; WARNER CHILCOTT COMPANY, LLC

Defendants

**ORDER OF COURT**

Entered: December 13, 2018

Appellees Minnesota Laborers Health and Welfare Fund, NECA-IBEW Welfare Trust Fund, Teamsters Union 25 Health Services & Insurance Plan and Wisconsin Masons' Health Care Fund's motion to extend time to file a response to appellants' bill of costs is granted. Appellees' response is due on or before **January 11, 2018**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Noah Austin Brumfield
John Mark Gidley
Peter J. Carney
Nicole J. Benjamin
Robert A. Milne
Alison Hanstead
Jack E. Pace III
Matthew Sterrett Leddicotte
Dana Foster
Demetra Frawley
Thomas David Brooks
Kenneth A. Wexler
Nathaniel L. Orenstein
Bethany R. Turke
Justin N. Boley
Tyler J. Story
Jeffrely L. Kodroff
John A. Macoretta
Peter J. Mougey
Norman Berman
Jonathan D. Karmel
Thomas P. Cartmell
John Henby Sutter
Matthew W.H. Wessler
Diana J. Zinser
Tyler W. Hudson
Jonathan Taylor
Daniel E. Gustafson
Michelle J. Looby
Joshua Rissman
David P. Barclay
Devona L. Wells
Karen H. Riebel
Thomas M. Sobol
David S. Nalven
Lauren G. Barnes
Neill Wilson Clark
Peter R. Kohn
David F. Sorensen

Joseph T. Lukens
Zachary David Caplan
Joseph Opper
David C. Raphael Jr.
Susan C. Segura
Steve D. Shadowen
David P. Germaine
John Paul Bjork
Paul Ethan Slater
Donald Sean Nation
Joseph M. Vanek
Matthew Charles Weiner
Stephen Gerard Huggard
Elizabeth Howar Kelly
Andy Miller
Giselle J. Joffre
Richard Abbott Samp
Elizabeth A. Ryan
John J. Roddy
Richard M. Brunell
Scott Lawrence Nelson